# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 14, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-40400   J.A.V. v. Trump
                    USDC No. 1:25-CV-72

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

*/s/ Melissa Mattingly*

By: _____
Melissa V. Mattingly, Deputy Clerk
504-310-7719

Mr. Spencer Amdur
Mr. Daniel Galindo
Mr. Lee P. Gelernt
Ms. Ashley Gorski
Mr. Daniel David Hu
Ms. Kathryn Huddleston
Mr. Omar C. Jadwat
Mr. My Khanh Ngo
Ms. Adriana Cecilia Pinon
Mr. Oscar Sarabia Roman
Mr. Brian Vincent Schaeffer
Mr. Hina Shamsi
Ms. Noelle Smith
Mr. Patrick Toomey
Mr. Cody Wofsy