# United States Court of Appeals
# for the Fifth Circuit

---

No. 25-40400

---

J.A.V.; J.G.G.; W.G.H.,

*Plaintiffs—Appellees*,

*versus*

Donald J. Trump, *In his official capacity as President of the United States*; Pamela Bondi, *U.S. Attorney General, In her official capacity*; Kristi Noem, *Secretary, U.S. Department of Homeland Security, In her official capacity*; United States Department of Homeland Security; Todd Lyons, *In his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; United States Immigration and Customs Enforcement; Marco Rubio, *Secretary, U.S. Department of State, In his official capacity*; United States State Department; Robert Cerna, *In his official capacity as Acting Harlingen Field Office Director for U.S. Immigration and Customs Enforcement*; Frank Venegas, *In his official capacity as the Facility Administrator of* the El Valle Detention Facility,

*Defendants—Appellants.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:25-CV-72

---

ORDER:

IT IS ORDERED that Appellants' Unopposed Motion to stay further proceedings in this court pending issuance of the mandate in Case No. 25-10534, *W.M.M. v. Trump*, is GRANTED.

/s/ *Catharina Haynes*
CATHARINA HAYNES
*United States Circuit Judge*
