# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
October 19, 2026

Thomas B. Plunkett, III
Clerk

No. 25-40400

J.A.V.; J.G.G.; W.G.H.,

*Plaintiffs—Appellees*,

*versus*

Donald J. Trump, *In his official capacity as President of the United States*; Todd Wallace Blanche, *U.S. Attorney General, In her official capacity*; Markwayne Mullin, *Secretary, U.S. Department of Homeland Security, In her official capacity*; United States Department of Homeland Security; Todd Lyons, *In his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; United States Immigration and Customs Enforcement; Marco Rubio, *Secretary, U.S. Department of State, In his official capacity*; United States State Department; Robert Cerna, *In his official capacity as Acting Harlingen Field Office Director for U.S. Immigration and Customs Enforcement*; Frank Venegas, *In his official capacity as the Facility Administrator of* the El Valle Detention Facility,

*Defendants—Appellants*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:25-CV-72

UNPUBLISHED ORDER

Before Stewart, Richman, and Haynes, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that Appellants' Opposed Motion to dismiss appeal as moot is CARRIED WITH THE CASE.

IT IS FURTHER ORDERED that Appellants' Opposed Motion to vacate the district court's opinion and order is CARRIED WITH THE CASE.